No. 91–119. WISCONSIN DEPARTMENT OF REVENUE v. WILLIAM WRIGLEY, JR., CO. Sup. Ct. Wis. Certiorari granted and case set for oral argument in tandem with No. 91–194, *Quill Corp. v. North Dakota, by and Through its Tax Commissioner, Heit-*

*kamp,* immediately *infra.*